# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 4:20-CR-53-10 |
| KELLY TAYLOR ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the dates of May 3rd, May 24th, and June 14th thru 18th, 2021.  Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 22nd day of April, 2021.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia