# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 4:20-CR-53 |
| KELLY TAYLOR ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

Before the Court, is defense counsel's Motion for Leave of Absence for the dates of August 9th, August 27th, September 20th, October 8th, October 11th thru 15th, November 22nd thru 26th, and December 20th, 2021 thru January 3rd, 2022. Good cause having been shown, the Motion is hereby granted.

SO ORDERED this 21st day of July, 2021.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia
Savannah Division